AKIKO KAWAMURA (#8568)
BRUCE R. GARNER (#4322)
Assistant Utah Attorney General
MARK L. SHURTLEFF (#4666)
Utah Attorney General
160 East 300 South, Sixth Floor
P.O. Box 140856
Salt Lake City, UT 84114-0856
Tel.: (801) 366-0100

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| ANITA RIGGS,<br><br>Plaintiff,<br><br>vs.<br><br>AMERICAN LEADERSHIP ACADEMY, INC, UTAH STATE OFFICE OF EDUCATION, STATE OF UTAH, acting through its State Charter School Board,<br><br>Defendants. | **ORDER OF DISMISSAL WITH PREJUDICE**<br><br><br><br>Case No. 2:11cv-00188<br><br><br><br>Judge Clark Waddoups |

The Parties to this lawsuit have filed a Joint Motion to Dismiss this lawsuit with Prejudice on the basis that they have reached a full and final settlement. WHEREFORE, having reviewed the Joint Motion and finding good cause therefore, this Court does hereby ORDER, ADJUDGE AND DECREE that this lawsuit it Dismissed with Prejudice, each party to bear their own costs.

Dated this  27th  day of January, 2012.

UNITED STATES DISTRICT COURT

_____
The Honorable Clark Waddoups